■ In the Matter of TINA SHARRON, Appellant, v LEWIS SHARRON, Respondent. In the Matter of LEWIS SHARRON, Respondent, v TINA SHARRON, Appellant. [715 NYS2d 356] —Order unanimously affirmed without costs for reasons stated in decision at Oneida County Family Court, Cook, J. (Appeal from Order of Oneida County Family Court, Cook, J.—Custody.) Present—Pigott, Jr., P. J., Green, Pine, Balio and Lawton, JJ.